Bond Number: 57MR01312070
Case Number: 1:19-cv-02218-LLS



The Hartford

## PRELIMINARY INJUNCTION BOND

Really Good Stuff, LLC
                                    Plaintiff(s)

vs.

BAP Investors, L.C. and Creative Kids Far East Inc.
                                    Defendant(s)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019
```

WHEREAS, by Order of the above entitled Court, Plaintiff(s) Really Good Stuff, LLC, was/were required to file an undertaking in the sum of $600,000.00 DOLLARS as a condition for a preliminary injunction to be in effect restraining and enjoining the above named Defendant(s) BAP Investors, L.C. and Creative Kids Far East Inc.

from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, Hartford Fire Insurance Company, a corporation organized and existing under the laws of the State of CT and authorized to transact business of Surety, as Surety, in consideration of premises and issuance of said preliminary injunction does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant BAP Investors, L.C. and Creative Kids Far East Inc.

and such damages not exceeding the amount of $600,000.00 DOLLARS as the Defendant BAP Investors, L.C. and Creative Kids Far East Inc.

may sustain by reason of said preliminary injunction if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 18th day of December, 2019.

Really Good Stuff, LLC                        Hartford Fire Insurance Company
                Principal                                           Surety
                                              Hillary D. Shepard
         Signature                                            Attorney-in-Fact
                RUBY J. KRAJICK
[Seal]          CLERK OF COURT

         BY
                Deputy Clerk

# POWER OF ATTORNEY

**Direct Inquiries/Claims to:**
**THE HARTFORD**
BOND, T-12
One Hartford Plaza
Hartford, Connecticut 06155
Bond.Claims@thehartford.com
*call:* 888-266-3488 *or fax* 860-757-5835

KNOW ALL PERSONS BY THESE PRESENTS THAT:  Agency Name: WILLIS OF ARIZONA INC
Agency Code: 59-302581

| | |
|---|---|
| [X] | **Hartford Fire Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [X] | **Hartford Casualty Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [X] | **Hartford Accident and Indemnity Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Hartford Underwriters Insurance Company**, a corporation duly organized under the laws of the State of Connecticut |
| [ ] | **Twin City Fire Insurance Company**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of Illinois**, a corporation duly organized under the laws of the State of Illinois |
| [ ] | **Hartford Insurance Company of the Midwest**, a corporation duly organized under the laws of the State of Indiana |
| [ ] | **Hartford Insurance Company of the Southeast,** a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut, (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* Unlimited :

James A. Bracy, Terry Crull, David G. Jensen, Hillary D. Shepard, Kristin D. Thurber
of SCOTTSDALE, Arizona

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**In Witness Whereof**, and as authorized by a Resolution of the Board of Directors of the Companies on May 6, 2015 the Companies have caused these presents to be signed by its Senior Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary  Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney



John Gray, Assistant Secretary                                             M. Ross Fisher, Senior Vice President

**STATE OF CONNECTICUT** } ss. Hartford
**COUNTY OF HARTFORD**

   On this 5th day of January, 2018, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Senior Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.

Kathleen T. Maynard
Notary Public
My Commission Expires July 31, 2021

**CERTIFICATE**

   I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of December 18, 2019
Signed and sealed at the City of Hartford.



Kevin Heckman, Assistant Vice President

POA 2018

## ALL-PURPOSE ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF   Arizona                                    )SS
COUNTY OF  Maricopa                                   )

On _____December 18, 2019_____ before me, _Sarah Bracy_____ , Notary Public, personally appeared
Hillary D. Shepard_____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature  _/s/ Sarah Bracy_____

**SARAH BRACY**
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 573636
Expires October 31, 2023

This area for official notarial seal.

---

### OPTIONAL SECTION - NOT PART OF NOTARY ACKNOWLEDGEMENT
### CAPACITY CLAIMED BY SIGNER

Though statute does not require the Notary to fill in the data below, doing so may prove invaluable to persons relying on the documents.

- [ ] INDIVIDUAL
- [ ] CORPORATE OFFICER(S)   TITLE(S)
- [ ] PARTNER(S)   [ ] LIMITED   [ ] GENERAL
- [x] ATTORNEY-IN-FACT
- [ ] TRUSTEE(S)
- [ ] GUARDIAN/CONSERVATOR
- [ ] OTHER

SIGNER IS REPRESENTING:

**Hartford Fire Insurance Company**
Name of Person or Entity                                         Name of Person or Entity

---

### OPTIONAL SECTION - NOT PART OF NOTARY ACKNOWLEDGEMENT
Though the data requested here is not required by law, it could prevent fraudulent reattachment of this form.

### THIS CERTIFICATE MUST BE ATTACHED TO THE DOCUMENT DESCRIBED BELOW

TITLE OR TYPE OF DOCUMENT: _____

NUMBER OF PAGES _____   DATE OF DOCUMENT _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

Reproduced by First American Title Company 11/2007