ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**REALLY GOOD STUFF, LLC,**

                Plaintiff,

    - against -

**BAP INVESTORS, L.C. and CREATIVE KIDS FAR EAST INC.,**

                Defendants.

19 Civ. 2218 (LLS)

ORDER

    Plaintiff may move for a contempt and sanctions order, and defendants may move to recover the bond, without need for a pre-motion conference.

    The parties are to arrange a briefing schedule and inform the Court.

    So ordered.

Dated:    New York, New York
            July 17, 2020

                                          *Louis L. Stanton*
                                          LOUIS L. STANTON
                                             U.S.D.J.