ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**REALLY GOOD STUFF, LLC,**

                       Plaintiff,

      - against -

**BAP INVESTORS, L.C. and CREATIVE KIDS FAR EAST INC.,**

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/20

19 Civ. 2218 (LLS)

MEMORANDUM & ORDER

      Defendants' August 14, 2020 letter-application to redact financial information from the publicly-filed motion papers is granted to the extent that they may redact from Table 2 on page 8 of their brief the figures in the columns captioned "Whlsle Price" and "Manuf. Costs" with the understanding that if computation issues are raised that require rulings about calculations, these figures may have to be disclosed publicly.

      So ordered.

Dated:    New York, New York
              August 18, 2020

                                    *Louis L. Stanton*
                                  LOUIS L. STANTON
                                    U.S.D.J.